November 27, 2017

**VIA ECF & HAND DELIVERY**

Honorable Sarah Netburn
U.S. District Court for Southern District of New York
c/o Court Security Officers
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *BNY Mellon, N.A. v. Lyell Wealth Mgmt., LLC, et al.*, **Case No. 16 Civ. 06896-DAB-SN**

Dear Magistrate Judge Netburn:

To allow for sufficient time to collect the requisite signatures to execute the agreed upon Definitive Settlement Agreement, the parties intend to submit their stipulation of dismissal under Federal Rule of Civil Procedure 41 no later than Monday, December 4, 2017.

      Respectfully submitted,

Dated: November 27, 2017

| **BRAUNHAGEY & BORDEN LLP** | **REED SMITH LLP** |
|---|---|
| By:   /s/ *J. Noah Hagey* | By:   /s/ *James A. Daire* |
| J. Noah Hagey, Esq.<br>Matthew Borden, Esq. (*pro hac vice*)<br>Rebecca B. Horton, Esq. (*pro hac vice*)<br>80 Broad Street, Suite 1302<br>New York, NY 10004<br>Telephone: (646) 829-9043<br>Facsimile: (646) 829-9043 | Scott D. Baker, Esq. (*pro hac vice*)<br>James A. Daire, Esq. (*pro hac vice*)<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543 8700<br>Facsimile: (415) 391 8269 |
| **SULLIVAN & WORCESTER LLP**<br>Frank B. Velie, Esq.<br>Jonathan G. Kortmanksy, Esq.<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001 | Peter D. Raymond, Esq.<br>Geoffrey G. Young, Esq<br>599 Lexington Avenue<br>New York, NY 10022-7650<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450 |
| *Attorneys for Defendants and Counterclaim-Plaintiffs* | *Attorney for Plaintiff and Counterclaim-Defendant and Third Party Defendant* |